**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | No. 14-32682 |
| | ) | |
| **ALEXANDER FLETCHER** | ) | Chapter 13 |
| | ) | |
| **Debtor** | ) | Judge Carol Doyle |

## NOTICE OF MOTION

To:     See Attached Service List

YOU ARE HEREBY NOTIFIED that on April 7, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol Doyle, Room 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S), a copy of which is attached hereto and herewith served upon you.

            /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Debtor
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
ARDC No. 01203681

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF System or by enclosing same in an envelope addressed to them via the Court's ECF system and/or with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 W. Washington Clark Street, Chicago, Illinois 60602, on this 17th day of March, 2015.

            /s/ David R. Herzog

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.** |
| | ) | **Hearing Date:** |
| **Debtor(s)** | ) | **Judge** |

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on or after 8/21/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) ___ have ___ have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any other agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
   ___ None         ___ a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
   $ _____ flat fee for services through case closing          $ _____ for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
   $ _____ for filing fee paid by the attorney with the attorney's funds
   $ _____ for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

   $ _____ Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
   $ _____ for filing fee
   $ _____ for other expenses, itemized as follows:
      $ _____ Describe expenses:
      $ _____ Describe expenses:
      (add more lines if needed)

   $ _____ Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
   ___ None
   $ _____ for services
   $ _____ for expenses advanced by the attorney

**Itemization of time:**     ___ Not submitted     ___ Attached to this application.

Date of Application:                                  Attorney's signature:

Form No. 23, revised 11/14